**Order entered June 15, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00150-CR
### No. 05-15-00151-CR

**CHRISTOPHER CHARLES BYNUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-53422-Y, F14-53483-Y**

## ORDER

The preprinted notices of appeal contained in the clerk's records reference a letter from appellant stating his desire to appeal these cases. That letter is attached to the copies of the notices of appeal attached to appellant's docketing statements, but is not included in the clerk's records.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, supplemental clerk's records containing appellant's pro se notice of appeal, dated January 14, 2015, and the envelope in which it was mailed.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE